IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01559–CMA–KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$187,731.93 SEIZED FROM CITYWIDE BANKS ACCOUNT  #51952 ,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defenandant's [sic] Motion to Stay Proceedings" (Doc. No. 13, filed October 9, 2009) is GRANTED.  This case is STAYED pending further order of this court.  The order requiring the parties to file monthly status reports is VACATED.

Dated: October 14, 2009