**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01559-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$187,731.93 SEIZED FROM CITYWIDE BANKS
ACCOUNT # 51952

    Defendant.

## FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 36). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 31 U.S.C. § 5317;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Claimant Pearl Mattox have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to Defendant Property have been filed;

THAT the United States and Claimant have reached a settlement resolving all issues in this civil forfeiture matter. The terms agreed to by the parties are, *inter alia*, as follows:

a. $12,000.00 of the subject $187,731.93 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

b. The United States shall return the remaining $175,731.93 of Defendant $187,731.93 in United States Currency to Claimant Pearl Mattox.

THAT it further appears there is cause to issue a forfeiture order under 31 U.S.C. §5317.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of Defendant Property shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this __23rd__ day of April, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge